**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

IN THE MATTER OF THE APPLICATION
OF GALINA WEBER,

        Petitioner,

vs.　　　　　　　　　　　　　　　　　　　Case No. 3:07-mc-27-J-32MCR

FOR DISCOVERY FROM LAZAR S. FINKER,
etc., et al.,
        Respondents.

## **ORDER**[1]

This case is before the Court on the Magistrate Judge's October 11, 2007 Report and Recommendation (Doc. 38), the Respondents' Objections (Doc. 41), and Petitioner's Response (Doc. 42). Upon independent de novo review, it is hereby

**ORDERED**:

1.　Respondents' Objections (Doc. 41) are **OVERRULED**.

2.　The Magistrate Judge's Report and Recommendation (Doc. 38) is **ADOPTED** as the opinion of the Court.[2]

3.　Petitioner's Amended Petition for Discovery in Aid of Foreign Proceedings (Doc. 37) is **GRANTED**.

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

[2] Respondent's Objections to Filing Declarations of Katia Kakoulli and Dr. Stephan Thurnherr (Doc. 27) are overruled without prejudice to renewal if appropriate at a later stage in the litigation.

4.	The Magistrate Judge is directed to proceed to consideration of Petitioner's Motion to Compel Discovery (Doc. 2) so that a final decision on the scope of permissible discovery can be made.  The Magistrate Judge is authorized to enter an Order (as opposed to a Report and Recommendation) on the Motion to Compel, which will be subject to review only if clearly erroneous or contrary to law.  28 U.S.C. § 636(b)(1)(A).

5.	The Request for Oral Argument (Doc. 40) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida this 30th day of November, 2007.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Hon. Monte C. Richardson
United States Magistrate Judge
counsel of record