UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN THE MATTER OF THE APPLICATION
OF GALINA WEBER,

       Petitioner,

v.                                            CASE NO.: 3:07-mc-27-J-32MCR

FOR DISCOVERY FROM LAZAR S.
FINKER, an individual, RAISSA M.
FRENKEL, an individual, STEVEN
CHARLES KOEGLER, an individual,
WILLIAM E. CHATTIN, an individual,
THEODOROS J. KAVALIEROS, an
individual, and AFRODITI KAVALIEROS,
an individual,

       Respondents.
_____

**RESPONDENTS' CORRECTION TO RESPONDENTS' BRIEF
ON PETITIONER'S MOTION TO COMPEL (DKT. #45)**

     Lazar S. Finker, Raissa M. Frenkel, Steven Charles Koegler, William E. Chattin, Theodoros Kavalieros and Afroditi Kavalieros, by and through their undersigned counsel, hereby notify the Court of a needed correction to their brief on petitioner's motion to compel (Dkt. #45). Upon review of respondents' brief on petitioner's motion to compel, the undersigned realizes an error exists in the brief's text at page 5, first complete paragraph. Respondents correct the paragraph to read as follows:

1

Finally, Rule 26 permits this Court to expand discovery to include matters relevant to the *subject matter* of the foreign actions only for "good cause." RLS Associates, LLC, supra at *8. Petitioner has not made any showing of "good cause" and therefore the permitted discovery is limited to "any matter that is relevant to the claim or defense" in the foreign proceedings. F.R.Civ.P. 26(b)(1).

Respondents request their brief be corrected by this Court and the incorrect text disregarded..

Respectfully submitted,

*s/ Charles B. Lembcke*
Charles B. Lembcke
Florida Bar No. 140285
Attorney for Respondents
Law Office of Charles B. Lembcke, P.A.
1300 Riverplace Boulevard, Suite 605
Jacksonville, Florida 32207
Telephone: (904) 355-5467
Facsimile: (904) 633-9328
E-Mail: cbl@cbllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Lawrence J. Hamilton II, Esquire
larry.hamilton@hklaw.com

Daniel K. Bean, Esquire
daniel.bean@hklaw.com

Sarah Stoddard Toppi, Esquire
sarah.toppi@hklaw.com

*s/ Charles B. Lembcke*
Attorney