UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN THE MATTER OF THE APPLICATION OF
GALINA WEBER,

      Petitioner,

vs.                                                 Case No. 3:07-mc-27-J-32MCR

FOR DISCOVERY FROM LAZAR S. FINKER,
an individual, RAISSA M. FRENKEL, an
individual, STEVEN CHARLES KOEGLER, an
individual, WILLIAM E. CHATTIN, an
individual, THEODOROS J. KAVALIEROS, an
individual, AFRODITI KAVALIEROS, an
individual, and IGOR V. MAKAROV, an
individual,

      Respondents.
_____/

# **O R D E R**

**THIS CAUSE** is before the Court on Respondents' Unopposed Motion to Seal Portions of Records (Doc. 108) filed March 23, 2009. Respondents seek an Order sealing certain documents introduced into evidence by Petitioner during an October 29, 2008 hearing. According to Respondents, the exhibit introduced by Petitioner contained portions of several Respondents' tax returns. Respondents point out that in the Order granting in part Petitioner's Motion to Compel, the Court ordered Respondents to produce their tax returns and advised counsel for Petitioner:

> to ensure that only the attorneys representing Petitioner in
> the instant matter have access to the tax returns until such
> time as it is established they contain relevant information to
> be utilized in one of the foreign actions.

-1-

(Doc. 59, p.18). Despite this notice, counsel for Plaintiff included portions of several Respondents' tax returns in the exhibit presented to the Court during the October 29, 2008 hearing. Respondents now ask that those documents be placed under seal. According to Respondents, Petitioner does not oppose this request.

The Court will permit the sealing of these documents because it finds there is a compelling interest in protecting the information and the sealing of these documents is narrowly tailored to that interest. See Brown v. Advantage Engineering, Inc., 960 F.2d 1013, 1016 (11th Cir. 1992), citing Wilson v. American Motors Corp., 759 F.2d 1568, 1571 (11th Cir. 1985).

Accordingly, after due consideration, it is

**ORDERED**:

Respondents' Unopposed Motion to Seal Portions of Records (Doc. 108) is **GRANTED**. The Clerk is directed to seal Parts A, B, C, and D of File 8 of Petitioner's Exhibit 1 admitted into evidence during the October 29, 2008 hearing.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  24th  day of March, 2009.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record